AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

RECEIVED
UNITED STATES MARSHALS
2015 SEP 14  P 2: 46
DISTRICT OF NORTH DAKOTA

| United States of America | ) |
| v. | ) |
|  | ) Case No. 1:15-mj-157 |
|  | ) |
| JUSTIN COX-SEVER | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JUSTIN COX-SEVER                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE:  INTERFERENCE WITH A COMMERCIAL FLIGHT IN RECKLESS DISREGARD FOR THE SAFETY OF HUMAN LIFE;

COUNT TWO:  COMMUNICATING FALSE INFORMATION THEREBY ENDANGERING A COMMERCIAL FLIGHT.


Date:     09/14/2015                                         _____
                                                              *Issuing officer's signature*

City and state:     BISMARCK, NORTH DAKOTA           CHARLES S. MILLER, JR., U.S. MAGISTRATE JUDGE
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/14/15, and the person was arrested on *(date)* 09/14/15
at *(city and state)* Bismarck, ND.

Date: 09/14/15                            _____
                                          *Arresting officer's signature*

                                          Daniel K Gench Special Agent FBI
                                          *Printed name and title*