UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

United States of America
-vs-                                                    Criminal Case: 1:15-mj-157
Justin Cox-Sever

CLERK'S MINUTES OF HEARING

| | |
|---|---|
| Hon. Charles S. Miller, Jr. | Date:   September 15, 2015 |
| Bismarck, North Dakota | Time:   2:55 PM |
| Court Reporter: SE | Clerk:  Candace M. Schafer, CLA |
| Proceeding: Det Hrg | USPO: Bobby Wiseman |

Attorneys:     Gary Delorme               Jeremy Kemper -  FPD

Govt proffer of evidence/argument
Dft argument
Court's findings
Dft released on PR bond with conditions
Dft directed to review bond section re advice of penalties and sanctions
Recess 3:05 PM